# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00241-CV

**Ethel Nelle Wagner, Appellant**

**v.**

**Ginger Crabtree, Appellee**

## FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## NO. 274210, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ethel Nelle Wagner appeals from the trial court's rendition of a default judgment against her. In two issues on appeal she contends that the default judgment was improperly rendered before the answer date and that insufficient evidence supports the default judgment. Appellee Ginger Crabtree agrees in her brief that the default judgment was rendered before the answer date and should be set aside.

Accordingly, we reverse the trial court's judgment and remand for further proceedings. Tex. R. App. P. 43.2(d).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Reversed and Remanded

Filed: September 23, 2004